# 17

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 13 A 10: 03

U.S. DISTRICT COURT
BRIDGEPORT CT

WILLIAM LYONS and LINDA LYONS,
as Co-Administrators of the Estate of
ADAM LYONS, Deceased,

                Plaintiffs,

-against-

VIAJES FLIGHTLINE, S.L., FLIGHTLINE,
LTD., FLIGHTLINE INTERNATIONAL, LTD.,
FLIGHTLINE INTERNATIONAL, S.L.,
AFROSPANIA LOGISTICS, INC.,
AFROSPANIA AIR LINK, LTD.,
and ROBERT LOVELESS,

                Defendants.

CIVIL ACTION NO.
3:02CV1788 (WWE)

November 12, 2003

Motion GRANTED
11-14-03
WARREN W. EGINTON
Senior United States District Judge

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Plaintiffs in the above captioned matter hereby request that the Court grant an extension of time up through and including February 20, 2004 to enable plaintiffs to complete service of the summons and complaint upon the defendant Robert Loveless. As will be set forth below, plaintiffs are continuing their good faith and due diligent attempts to effectuate service upon Mr. Loveless in accordance with the provisions of the Hague Convention. Despite our efforts, however, plaintiffs have been unable to complete service. Indeed and as we previously advised this Honorable Court, plaintiffs have commenced service of the summons and complaint pursuant to the provisions of the Hague Convention. In this regard, plaintiffs have contacted the Mexican authorities, namely, the Office for the Secretary of External Relations for the Country of Mexico and have confirmed that the summons and complaint has been sent to Chihuahua, Mexico for service and that the Mexican authorities are presently awaiting confirmation of service from the Supreme Court of Justice for the State of Chihuahua, Mexico. In addition, the