#20

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

WILLIAM LYONS and LINDA LYONS,
as Co-Administrators of the Estate of
ADAM LYONS, Deceased,

2004 FEB 19  A 9: 34

CIVIL ACTION NO.
3:02CV1788 (WWE)

Plaintiffs,
-against-

VIAJES FLIGHTLINE, S.L., FLIGHTLINE,
LTD., FLIGHTLINE INTERNATIONAL, LTD.,
FLIGHTLINE INTERNATIONAL, S.L.,
AFROSPANIA LOGISTICS, INC.,
AFROSPANIA AIR LINK, LTD.,
and ROBERT LOVELESS,

February 18, 2004

Defendants.

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

Plaintiffs in the above captioned matter hereby request that the Court grant an extension of time up through and including May 20, 2004 to enable plaintiffs to complete service of the summons and complaint upon the defendant Robert Loveless. As will be set forth below, despite plaintiffs continuing good faith and due diligent attempts to effectuate service upon Mr. Loveless, plaintiffs have been unable to do so. Moreover and as plaintiffs have previously advised the Court, defendant Robert Loveless, the principal and sole shareholder of the defendant Afrospania Logistics, Inc., has moved to Juarez City, Mexico. Plaintiffs have commenced the procedure for service of the summons and complaint through the Hague Convention (as discussed below), and have been in contact with the Mexican authorities on numerous occasions regarding this matter. The Mexican authorities, however, have yet to complete service upon Mr. Loveless. Furthermore, the "air carrier" defendants, namely, Viajes Flightline, S.L., Flightline,