UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

IN RE AIR CRASH NEAR CASTELLON,
SPAIN, ON OCTOBER 10, 2001

---

WILLIAM LYONS and LINDA LYONS, as Co-Adminstrators of the Estate of ADAM LYONS, Deceased,

                      Plaintiffs,

v.

VIAJES FLIGHTLINE, S.L., FLIGHTLINE, LTD., FLIGHTLINE INTERNATIONAL, LTD., FLIGHTLINE INTERNATIONAL, S.L., AFROSPANIA LOGISTICS, INC., AFROSPANIA AIR LINK, LTD., and ROBERT LOVELESS,

                      Defendants.

---

---

WILLIAM LYONS and LINDA LYONS, as Co-Adminstrators of the Estate of ADAM LYONS, Deceased,

                      Plaintiffs,

v.

FAIRCHILD AIRCRAFT INCORPORATED, FAIRCHILD SWEARINGEN CORP., FAIRCHILD DORNIER GmbH, DORNIER LUFTFAHRT GmbH, FAIRCHILD Dornier Corp., METRO SUPPORT SERVICES, INC., a FAIRCHILD DORNIER COMPANY, FAIRCHILD GEN-AERO, INC., FAIRCHILD GEN-ERO, INC., d/b/a FAIRCHILD AIRCRAFT SERVICES, FAIRCHILD DORNIER AEROSPACE, FAIRCHILD AEROSPACE CORPORATION, and FAIRCHILD AIRCRAFT HOLDING INCORPORATED,

                      Defendants.

---

MDL DOCKET NO. 1572

Hon. Warren W. Eginton
Hon. Holly B. Fitzsimmons

THIS DOCUMENT RELATES
Case No. 3:02CV1788 (WWE)
Case No. 04CV00330(WWE)
Case No. A03CA720

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above entitled actions, by and through their undersigned counsel, that the within actions are dismissed in their entirety with prejudice and without costs and that an Order may be entered to that effect.

Dated: November  , 2004.

CONDON & FORSYTH LLP

By _____
Diane Westwood Wilson
685 Third Avenue
New York, New York 10017
(212) 490-9100

Attorneys for Defendant FLIGHTLINE, S.L., improperly sued herein as VIAJES FLIGHTLINE, S.L., FLIGHTLINE, LTD., FLIGHTLINE INTERNATIONAL, LTD. and FLIGHTLINE INTERNATIONAL, S.L.

BAUMEISTER & SAMUELS

By _____
Douglas A. Latto
One Exchange Plaza
New York, New York 1006-3008
(212) 363-1200

Attorneys for Plaintiff

SO ORDERED:

_____
Hon. Holly B. Fitzsimmons

2